UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT P. SPANGLER,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM A. GITTERE, *et al.*,<br><br>Respondents. | Case No. 3:20-cv-00445-MMD-WGC<br><br>ORDER |

On July 30, 2020, Robert P. Spangler, an incarcerated person at Nevada's Ely State Prison, filed this action. On July 31, 2020, the Court dismissed the action. (ECF No. 4.) It appeared to the Court that Spangler seeks to challenge one or more state-court criminal convictions, and that, therefore, he may intend to file a petition for writ of habeas corpus under 28 U.S.C. § 2254. However, Spangler's filings did not include such petition on the form required by the Court (*see* LSR 3-1), and, perhaps largely for that reason, Spangler did not provide much of the information necessary for the Court to determine whether his filings merit service upon the Respondents. Furthermore, Spangler did not pay the filing fee ($5 for a habeas writ) or apply to proceed *in forma pauperis* ("IFP"). Therefore, the Court dismissed this action and directed the Clerk of the Court to send Spangler the forms necessary to file a habeas writ and an application to proceed IFP. The Court instructed Spangler as follows:

> If Spangler wishes to file a petition for writ of habeas corpus, he should complete the provided form petition and submit it to the Court to initiate a new case (he should not include the case number of this case in the caption on that new filing). He should include with his petition either payment of the

$5 filing fee or a fully completed application to proceed *in forma pauperis*, including the required financial certificate, using the forms provided.

(ECF No. 4.)

On August 5, 2020, Spangler filed an IFP application—not on the correct form—and a motion for an extension of time to file a supporting financial certificate. (ECF Nos. 6, 7.) The Court will deny those motions. This action is closed. If Spangler wishes to initiate a habeas writ, he must follow the instructions provided in the July 31 order; that is, he must complete the provided form petition and submit it to the Court to initiate a new case (he should not include the case number of this case in the caption on that new filing), and he must include with his petition either payment of the $5 filing fee or a fully completed application to proceed in forma pauperis, including the required financial certificate, using the forms provided.

It is therefore ordered that Petitioner's application to proceed in forma pauperis and motion for an extension of time to file a supporting financial certificate (ECF Nos. 6, 7) are denied.

It is further ordered that the Clerk of the Court is directed to send Petitioner, along with a copy of this order, a copy of his "Appeal" (ECF No. 1-2), two copies of the form for a petition for a writ of habeas corpus under 28 U.S.C. § 2254, and two copies of the form for a prisoner's application to proceed *in forma pauperis*.

DATED THIS 5th day of August 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE